## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION

In Re: SHARON ELAINE CAPPS  
Debtors

Case No 12-32888  
Chapter 13

## MOTION TO DISMISS

Comes now the Debtor, Sharon Elaine Capps, by and though her counsel, Horace M. Brown, respectfully moves this Court as follows:

1. The Debtor filed a voluntary petition commencing under Chapter 13 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Tennessee at Knoxville on July 16, 2012.

2. The Debtor respectfully requests that in accordance with 11 U.S.C. § 1307, their Chapter 13 Bankruptcy be dismissed without prejudice.

Respectfully submitted this 4th day of October, 2012.

/s/ Horace Brown  
Horace M. Brown BPR001870  
Attorney for Debtor(s)  
105 North Court Street  
Maryville, TN 37804  
(865) 982-9489

### CERTFIICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion To Dismiss was served upon Chapter 13 Trustee, Gwendolyn M. Kerney, P. O. Box 228, Knoxville, TN 37901, via ECF filing on this the 4th day of October, 2012.

/s/ Horace Brown  
Horace M. Brown BPR001870  
Attorney for Debtor